UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALISON MICHELE CRUZ, *on behalf of herself and all others similarly situated*, | |
| Plaintiffs, | 23-CV-05426 (AS) |
| -against- | ORDER |
| CENTRAL GARDEN & PET COMPANY, | |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by Friday, August 18, 2023, at 5:00 p.m., the parties are hereby ORDERED to file on ECF a joint letter, not to exceed two (2) pages, containing the following information:

1. A brief explanation of Defendant's failure to respond to the Complaint, and

2. A statement of whether the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, within the next 60 days, after the

deposition of plaintiff is completed, after the close of fact discovery, etc.) the use of such a mechanism would be appropriate.

SO ORDERED.

Dated: August 10, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge