UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALISON MICHELE CRUZ, *on behalf of herself and all others similarly situated*,<br><br>         Plaintiffs,<br><br>-against-<br><br>CENTRAL GARDEN & PET COMPANY,<br><br>         Defendant. | 23-CV-05426 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The conference set for Thursday, October 26, 2023, at 10:00 a.m. will proceed as scheduled. It will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 257 281 779, followed by the pound (#) sign.

  SO ORDERED.

Dated: August 11, 2023
    New York, New York

                     _____
                      ARUN SUBRAMANIAN
                     United States District Judge