**MEMO ENDORSED.**




**STEIN | SAKS, PLLC**

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 28, 2023

**Via CM/ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York

RE:  *Cruz v. Central Garden & Pet Company*
1:23-cv-05426-AS

Dear Judge Wang:

This law firm represents Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request that the Pre-Settlement Conference Scheduling Call on Wednesday, October 4, 2023, be adjourned because it conflicts with a religious observance for both counsel.

We ask that the conference, and any pre-conference submissions, be rescheduled for after October 9, 2023.

This is the first adjournment request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

/s/ Mark Rozenberg
By:  Mark Rozenberg, Esq.

---

Application **GRANTED**. The parties are directed to meet and confer and file a joint letter **on or before October 11, 2023** proposing three dates for a Pre-Settlement Conference Call. No submissions are required for a Pre-Settlement Conference Call.

**SO ORDERED.**

_____
Ona T. Wang          10/2/2023
U.S.M.J.