

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 19, 2023

**Via CM/ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York

*The request for an adjournment is granted. The IPTC is rescheduled to November 9, 2023, at 11:00 AM.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: October 20, 2023*

RE:   *Cruz v. Central Garden & Pet Company*
         1:23-cv-05426-AS

Dear Judge Subramanian:

    This law firm represents Plaintiff in the above-referenced matter. Counsel for the Parties in this matter are scheduled to appear for a pre-settlement conference before Magistrate Judge Ona T. Wang on November 8, 2023, in anticipation of scheduling a settlement conference.  Therefore, we write jointly with Defendant's counsel to respectfully request that the Initial Conference currently scheduled before Your Honor on October 26, 2023, be adjourned until after the settlement conference.

    This request is not intended for delay and would promote the most efficient use of the Court's and Parties' resources, as the outcome of the settlement conference may bear on the schedule for this case.

    This is the first such request in this matter.

    We thank the Court for its kind consideration and courtesies.

                        Respectfully Submitted,

                        */s/ Mark Rozenberg*
                        By:  Mark Rozenberg, Esq.