UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISON MICHELE CRUZ, *on behalf of herself and all others similarly situated*,

                  Plaintiffs,

-against-

CENTRAL GARDEN & PET COMPANY,

                  Defendant.

23-CV-5426 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The initial pretrial conference currently set for November 9, 2023, at 11:00 AM is hereby CANCELED. The Court will enter a case management plan by separate order.

    SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                       United States District Judge